-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHERRON KIRKWOOD, 06B3331,

    Petitioner,

-v-

ANDREW CUOMO and DAVID UNGER,

    Respondents.

DECISION AND ORDER
09-CV-6591CJS

1-01-cv-118

---

WHEREAS, the instant petition was randomly assigned to the undersigned by the Clerk of the Court; and

WHEREAS, the plaintiff has had two other actions in this Court (08-CV-0248 and 08-CV-0592); and

WHEREAS, the previous actions brought by plaintiff have been assigned to the Honorable Hugh B. Scott; and

WHEREAS, the Court finds that reassignment of this action to the Honorable Hugh B. Scott is in keeping with the Court's policy of assigning all cases brought by a particular plaintiff to the judge who was randomly assigned to the plaintiff's first action in this Court;

IT HEREBY IS ORDERED, that this action be reassigned to the Honorable Hugh B. Scott. The Clerk of the Court is directed to reassign the case as indicated.

SO ORDERED.

Dated: FEB 11, 2010
Rochester, New York

                                            /s/ Charles J. Siragusa
                                            CHARLES J. SIRAGUSA
                                            United States District Judge